# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Employers Mutual Casualty Company, <br> *Plaintiff* <br> v. <br> Godley Auction Company, Inc. of South Carolina, <br> *Defendant* | Civil Action No.  5:16-01203-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: declaratory judgment is entered for the Plaintiff, Employers Mutual Casualty Company against the Defendant, Godley Auction Company Inc. and the court finds that the claims asserted against Defendant GAC-SC in the Underlying Litigation are not covered under Policy A and/or Policy B, and Plaintiff has no duty to defend or indemnify Defendant GAC-SC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding.  The court having granted plaintiff's motion for judgment by default.

Date:   November 8, 2017                                                          *CLERK OF COURT*

                                                                                         s/Angie Snipes
                                                                            *Signature of Clerk or Deputy Clerk*